# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

129220

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DENNIS A. WOLFE, and all others similarly situated,

    Plaintiff-Appellant,

v

WAYNE-WESTLAND COMMUNITY SCHOOLS,

    Defendant-Appellee.

SC: 129220
COA: 251076
Wayne CC: 01-129296-CZ

_____/

On order of the Court, the application for leave to appeal the June 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

p0406

_____
Clerk